

July 7, 2021

Hon. William C. Griesbach
United States District Judge
United States Federal Courthouse
125 South Jefferson Street, Courtroom 203
Green Bay, Wisconsin 54301

  Re: <u>Seckel v. Limitless Possibilities LLC</u>
     Case No. 20-cv-1462

Dear Judge Griesbach:

  The parties jointly and respectfully request that the Fairness Hearing in this matter, which is scheduled for July 21, 2021 at 10:00 a.m., be conducted telephonically. Counsel for the parties can provide direct dial telephone numbers to the Court and any other information requested.

Sincerely,
**WALCHESKE & LUZI, LLC**

**s/** *Scott S. Luzi*

Scott S. Luzi
Attorney At Law
sluzi@walcheskeluzi.com

www.walcheskeluzi.com  contact@walcheskeluzi.com

BROOKFIELD

235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469

APPLETON

4321 West College Avenue, Suite 200
Appleton, Wisconsin 54914
Phone: (920) 757-2440
Fax: (262) 565-6469