UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CHANDA SECKEL
on behalf of herself and all
others similarly situated,

        Plaintiff,                                      Case No. 20-cv-1462

      v.

LIMITLESS POSSIBILITIES LLC

        Defendant

## *PROPOSED* ORDER

This Court GRANTS the parties' Joint Motion for Final Settlement Approval, (ECF No. 26), APPROVES the parties' Settlement Agreement, (ECF No. 12-1), as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL, and ORDERS the following:

1. The Settlement Agreement is approved as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e);

2. The WWPCL Class is certified pursuant to Fed. R. Civ. P. 23

3. The Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute under the FLSA;

4. The FLSA Collective is certified pursuant to 29 U.S.C. § 216(b);

5. Chanda Seckel is appointed as Class Representative for the FLSA Collective and the WWPCL Class;

6. Walcheske & Luzi, LLC is appointed as Class Counsel for the FLSA Collective and the WWPCL Class;

7. Plaintiff's Motion for Approval of Attorneys' Fees and Costs, (ECF No. 19), in the amount of $7,742.81 is GRANTED;

8. Plaintiff's Motion for Approval of Enhancement Payment, (ECF No. 23), in the amount of $500 is GRANTED;

9. The Settlement Agreement is binding on Defendant, the Class Representative, all Class Members, and all Collective Members;

10. The Class Members' and Collective Members' claims against the Limitless Released Parties are dismissed with prejudice under this Lawsuit;

11. The claims of those Collective Members who did not file "Consent to Join Form" forms with the Court are dismissed without prejudice; and

12. This matter is dismissed on the merits and with prejudice.

Dated this _____ day of _____, 2021

_____
William C. Griesbach, Senior District Judge
United States District Court